■ (A) In the Matter of the Claim of MARY TANKSLEY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) ADELE

PACELLI et al., Respondents, v. ANTONETTE CASTANO et al., Appellants. (C) In the Matter of the Claim of JOSEPH FISCHETTE, Appellant, v. RICHFIELD SPRINGS CENTRAL SCHOOL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of the Claim of JAMES S. LEE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) In the Matter of the Claim of OLGA GENZA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1962 Term on or before February 5, 1962, in which event motions denied.